1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant MICHAEL BACA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-12-70541 MAG [DMR] |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING DETENTION HEARING |
| MICHAEL BACA, | |
| Defendant. | |

Michael Baca presently is scheduled to appear before the Court for further detention hearing on 22 June 2012. A mental health evaluation of Mr Baca has been requested, but Pretrial Services has informed the parties that the psychologist is unable to conduct the evaluation until 21 June. In order to give the psychologist adequate time to prepare his report, and for the Court to consider it, IT IS STIPULATED AND AGREED that the detention hearing be continued to 27 June at 9:30 a.m. IT IS FURTHER STIPULATED AND AGREED that Mr Baca waives time for preliminary hearing or indictment pursuant to Fed. R. Crim. P. 5.1(d), to and including that date.

STIP/ORD                                                      1

1
2       SO STIPULATED.
3                                                       /s/
4  Dated: June 21, 2012                    _____
                                           JEROME E. MATTHEWS
5                                          Assistant Federal Public Defender
6
                                                        /s/
7  Dated: June 21, 2012                    _____
                                           MATTHEW McCARTHY
8                                          Assistant United States Attorney
9
10
        Good cause appearing therefor, IT IS ORDERED that the detention hearing be continued
11
   to 27 June at 9:30 a.m.  The Court also finds that Mr Baca waives time for preliminary hearing or
12
   indictment pursuant to Fed. R. Crim. P. 5.1(d), to and including that date.
13
        SO ORDERED.
14
15
   Dated: June 22, 2012                    _____
16                                             DONNA M. RYU
                                               United States Magistrate Judge
17
18
19
20
21
22
23
24
25
26


STIP/ORD                                   2